Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

David Markus, appointed counsel for Jean Bertrang Casimir in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Casimir's conviction and sentence are **AFFIRMED.**

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

Nathan Clark, appointed counsel for Ariel Rodriguez–Gutierrez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez–Gutierrez's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ariel RODRIGUEZ–GUTIERREZ,
Defendant–Appellant.**

No. 07–13009

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 5, 2008.

Nathan Dorlan Clark, Coral Reef Law Offices, P.A., Miami, FL, for Defendant–Appellant.

**In re: Ostenre E. MATOS, Debtor.**

**The Cadle Company, Plaintiff–
Appellant,**

v.

**Joyce Ann Parks–Matos, a.k.a Joyce A. Parks, etc., Defendant–Appellee.**

No. 07–12628

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 6, 2008.